ACCEPTED
01-15-00827-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 3:09:48 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 74093

| | |
|---|---|
| **JOHNATHON DEAN,** | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>10/20/2015 3:09:48 PM<br>CHRISTOPHER A. PRINE<br>Clerk |
| **V.** | |
| **AURORA BANK, FSB, LEHMAN** | **412TH JUDICIAL DISTRICT** |
| **BROTHERS BANK, FSB,** | |
| **NATIONSTAR MORTGAGE, LLC,** | |
| **ALVIN GERBERMANN,** | |
| **Defendants.** | **BRAZORIA COUNTY, TEXAS** |

### NOTICE OF APPEAL

Plaintiff, JOHNATHON DEAN desires to appeal from the Order and Final Judgement rendered on August 18, 2015, by the 412th Judicial District Court for Brazoria County, Texas, in Cause No. 74093, Styled Johnathan Dean vs. Aurora Bank, et al. This appeal is taken to the First or Fourteenth Courts of Appeals at Houston, Texas. There have been no related appeal or original proceeding previously filed in either the First or Fourteenth Court of Appeals.

Respectfully Submitted,

_____/S/_____.
Johnathon Dean
333 Munson Court
Angleton, Texas 77515
(979) 799-6512
johndean66@gmail.com
*Pro se Plaintiff*

Dean Notice of Appeal
CAUSE No. 74093                     Page 1                          9/18/2015

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Andrew D. Thomas, SBN: 24060714
andrew.thomas@akerman.com

Walter McInnis, SBN: 24046394
walter.mcinnis@akerman.com

C. Charles Townsend, SBN: 24028053
charles.townsend@akerman.com

AKERMAN LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339
**ATTORNEYS FOR DEFENDANT**

_____/S/_____.

Johnathon Dean

333 Munson Court

Angleton, Texas 77515

(979) 799-6512

johndean66@gmail.com

*Pro se Plaintiff*